NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DANIEL ESTEBAN SOTO,                    )
                                        )
            Appellant,                  )
                                        )
v.                                      )   Case No.  2D18-2815
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
                                        )
_____)

Opinion filed July 12, 2019.

Appeal from the Circuit Court for
Hillsborough County; Mark D. Kiser,
Judge.

Howard L. Dimmig, II, Public Defender,
and Gary R. Gossett, Jr., Special
Assistant Public Defender, Bartow,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Cerese Crawford
Taylor, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


            Affirmed.


KELLY, MORRIS, and SLEET, JJ., Concur.